ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (510) 637-3705
    FAX: (415) 436-7234
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:22-CR-00120-SI |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ISRIEL BENSON, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Isriel Benson without prejudice.

DATED:                                          Respectfully submitted,

                                                              ISMAIL J. RAMSEY
                                                              United States Attorney

                                                              /s/ Matthew Yellovich

                                                              MATTHEW YELLOVICH
                                                              Deputy Chief, Criminal Division

NOTICE OF DISMISSAL
No. 3:22-CR-00120-SI _____

Leave is granted to the government to dismiss the indictment against Isriel Benson without prejudice.

Date: February 8, 2024

_____
HON. SUSAN ILLSTON
United States District Judge